**Order entered February 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01330-CV

### IN THE MATTER AND INTEREST OF MAURICE MURPHY

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-04214**

## ORDER

Both the clerk's and reporter's records in the case are overdue. By postcard dated November 1, 2012, we notified the Dallas County District Clerk and the court reporter for the 301st Judicial District Court regarding the respective records. We directed the district clerk and the court reporter to file the records within thirty days. To date, neither the district clerk nor the court reporter have responded.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

We **ORDER** Kim Allen, official court reporter for the 301st Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record; or (2) written verification that no hearings were recorded.

We **DIRECT** the Clerk to send copies of this order, by electronic tranmission, to the following persons:

Gary Fitzsimmons
Dallas County District Clerk

Kim Allen
Official Court Reporter, 301st Judicial District Court


        /s/     CAROLYN WRIGHT
                 CHIEF JUSTICE